People v Thompson (2024 NY Slip Op 01320)

People v Thompson

2024 NY Slip Op 01320

Decided on March 13, 2024

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 13, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

MARK C. DILLON, J.P.
PAUL WOOTEN
BARRY E. WARHIT
LILLIAN WAN, JJ.

2022-02841
2022-02842

[*1]The People of the State of New York, respondent,
v
Quarnell Thompson, appellant. (Ind. Nos. 875/21, 951/21)

Twyla Carter, New York, NY (Sarah Chaudhry of counsel), for appellant.
Melinda Katz, District Attorney, Kew Gardens, NY (Johnnette Traill and Nancy Fitzpatrick Talcott of counsel; Michael Lazard on the brief), for respondent.

DECISION & ORDER
Appeals by the defendant from two judgments of the Supreme Court, Queens County (Karen Gopee, J.), both rendered March 14, 2022, convicting him of criminal possession of a weapon in the second degree under Indictment No. 875/21, and criminal possession of a weapon in the second degree under Indictment No. 951/21, upon his pleas of guilty, and imposing sentences.
ORDERED that the judgments are modified, as a matter of discretion in the interest of justice, by vacating the imposition of mandatory surcharges and fees; as so modified, the judgments are affirmed.
Contrary to the defendant's contention, the record demonstrates that he knowingly, voluntarily, and intelligently waived his right to appeal (see People v Thomas, 34 NY3d 545; People v Lopez, 6 NY3d 248). The defendant's valid waiver of his right to appeal precludes appellate review of his contention that the sentences imposed were excessive (see People v Lopez, 6 NY3d at 255).
Based on the People's consent, and pursuant to the exercise of our interest of justice jurisdiction, we modify the judgments by vacating the surcharges and fees imposed on the defendant at sentencing (see CPL 420.35[2—a][c]; see also People v Hunter, 203 AD3d 752, 753).
DILLON, J.P., WOOTEN, WARHIT and WAN, JJ., concur.
ENTER:
Darrell M. Joseph
Acting Clerk of the Court